FRIEDBERG *v.* SILBERGLITT, WARDEN.

No. 777.  Decided April 30, 1962.

*Gilbert S. Rosenthal* for appellant.

*Frank S. Hogan* and *H. Richard Uviller* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

EAGLE ET AL. *v.* BENNETT, WARDEN.

No. 687, Misc.  Decided April 30, 1962.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.